UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:17-po-00115-DB |
|---|---|---|
| Plaintiff, | ) ) | [Proposed] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| KENNETH R. SMITH, | ) ) | DATE: February 14, 2017 TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00115-DB without prejudice is GRANTED.

It is further ordered that the Status Conference scheduled on March 30, 2017, at 9:00 a.m. is vacated.

Dated:  February 27, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE